MARK JOSEPH KENNEY (State Bar No. 87345)
DASKA P. BABCOCK (State Bar No. 215172)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CARSON and JIM CARSON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:12-CV-00739-MCE-CMK<br><br>District Judge Morrison C. England, Jr.<br>Magistrate Judge Craig M. Kellison<br><br>**ORDER EXTENDING TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

The parties having so stipulated and there appearing good cause therefore, this Court hereby extends the time for defendant Bank of America, N.A. to respond to plaintiffs' complaint through April 16, 2012.

IT IS SO ORDERED.

DATE:  April 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE