UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KIM CARSON, et al.,            No. 2:12-cv-00739-MCE-CMK

       Plaintiffs,

   v.                        <u>MEMORANDUM AND ORDER</u>

BANK OF AMERICA, N.A., a
national association, et al.,

       Defendants.

----oo0oo----

    Presently before the Court is a Motion to Dismiss ("Motion") (ECF No. 9) filed April 16, 2012, by Defendant Bank of America, N.A. ("Defendant"). On May 7, 2012, Plaintiffs Kim Carson and Jim Carson timely filed a First Amended Complaint (ECF No. 13). <u>See</u> Fed. R. Civ. Pro. 15(a)(1)(B). Defendant's Motion is thus DENIED as moot.

    IT IS SO ORDERED.

Dated: May 10, 2012

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE