UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM CARSON and JIM CARSON, | No. 2:12-cv-00739-MCE-CMK |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| BANK OF AMERICAN, N.A., | |
| Defendant. | |
| KIM CARSON and JIM CARSON, | No. 2:12-cv-01487-JAM-GGH |
| Plaintiffs, | |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

   The Court has received the Notice of Related Case filed on June 4, 2012.

   Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1

1 | The actions involve many of the same defendants and are based on
2 | the same or similar claims, the same property transaction or
3 | event, similar questions of fact and the same questions of law,
4 | and would therefore entail a substantial duplication of labor if
5 | heard by different judges.  Accordingly, the assignment of the
6 | matters to the same judge is likely to effect a substantial
7 | savings of judicial effort and is also likely to be convenient
8 | for the parties.
9 |     The parties should be aware that relating the cases under
10 | Local Rule 123 merely has the result that both actions are
11 | assigned to the same judge; no consolidation of the action is
12 | effected.  Under the regular practice of this court, related
13 | cases are generally assigned to the district judge and magistrate
14 | judge to whom the first filed action was assigned.
15 |     IT IS THEREFORE ORDERED that the action denominated 2:12-cv-
16 | 01487-JAM-GGH, <u>Kim Carson and Jim Carson v. Bank of America, N.A.</u>
17 | is reassigned to Judge Morrison C. England, Jr. for all further
18 | proceedings, and any dates currently set in this reassigned case
19 | only is hereby VACATED.  The Clerk of the Court is to issue an
20 | Order Requiring Joint Status Report.  Henceforth, the caption on
21 | documents filed in the reassigned case shall be shown as 2:12-cv-
22 | 01487-MCE-CMK.
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1	IT IS FURTHER ORDERED that the Clerk of the Court make
2	appropriate adjustment in the assignment of civil cases to
3	compensate for this reassignment.
4	IT IS SO ORDERED.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE